**Order filed March 3, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00647-CV
_____

### CELIL CAKIM, Appellant

### V.

### ERIN NICOLE EATON, Appellee

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-263570**

## ORDER

Appellant's brief was originally due January 13, 2022, and he was granted an extension on his motion to February 14, 2022 to file the brief. However, as of the date of this order, no brief or further motion to extend time has been filed. Accordingly, unless appellant files a brief with this court on or before **March 24, 2022,** the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.